FILED

SEP 16 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

United States District Court
Eastern District of California

Giovane Godines Rivera
Plaintiff(s)

V.

Warden, Central Valley Annex Detention Facility
Defendant(s)

Case Number: 1:26-cv-05790

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John Garzon hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Jose Reinaldo Acosta Zelaya

On 01/31/1991 (date), I was admitted to practice and presently in good standing in the Eastern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Case No: 1:26-CV-01744-DJC-CSK.Application granted. Date of application was on April 8th ,2026.
Case No: 1:26-CV-02402-DAD-CKD.Application granted. Date of application was on April 10th, 2026.
Case No: 1:26-at-02546. Application is Pendding. Date of Application was on June 23rd, 2026.

Date: 08/25/2026 Signature of Applicant: /s/ ______

**Pro Hac Vice Attorney**

Applicant's Name: John Garzon

Law Firm Name: Law Office of John J. Garzon

Address: 45-09 Greenpoint Avenue

City: Sunnyside State: NY Zip: 11104

Phone Number w/Area Code: (718)433-1331

City and State of Residence: Sunnyside, New York

Primary E-mail Address: attyjohngarzon@msn.com

Secondary E-mail Address: jglawfirmassistance@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: ______

Law Firm Name: ______

Address: ______

City: ______ State: ______ Zip: ______

Phone Number w/Area Code: ______ Bar # ______

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 17, 2026

Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT