Galina Dorris (SBN 365131)
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:(916) 504-0529
Facsimile:(916) 473-5870
Email: gdorris@gavrilovlaw.com

Attorney for Petitioner,
GIOVANE GODINES RIVERA

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIOVANE GODINES RIVERA<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY<br><br>Respondent. | **Case No..:** 1:26-cv-05790-DJC-JDP<br><br>**ORDER** |

## ORDER GRANTING

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Upon consideration of the Motion to Withdraw as Counsel of Record filed by Galina Dorris, appointed counsel for Petitioner Giovane Godines Rivera, together with the Declaration of Galina Dorris and all other pleadings and papers filed in this action, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion to Withdraw as Counsel of Record is GRANTED.
2. Galina Dorris is relieved as counsel of record for Petitioner Giovane Godines Rivera.
3. Petitioner Giovane Godines Rivera obtained substitute counsel, attorney John Garzon to represent him in this matter.
4. The Clerk of Court shall update the docket to reflect that Galina Dorris is no longer counsel of record for Petitioner.
5. All future notices, pleadings, and correspondence shall be served directly upon Petitioner at:

Giovane Godines Rivera
A# 262-005-405
254 Taylor Avenue
McFarland, CA 93250

**IT IS SO ORDERED**.

Dated: September 18, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE